**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **COREY DENARD PITRE,** | § § § | |
| *Plaintiff,* | § § | |
| **vs.** | § § | **CIVIL ACTION NO. _____** |
| | § § | |
| **EARLY WARNING SERVICES, LLC** | § § § | |
| *Defendant.* | § § § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Early Warning Services, LLC ("EWS") hereby removes this action currently pending in the Justice Court, Harris County, Texas, case number 215100030947 (the "State Court Action") to the United States District Court for the Southern District of Texas.  Removal is proper because this Court has federal question subject matter jurisdiction over this action.  *See* 28 U.S.C. § 1331. Accordingly, EWS removes this action to this Court, and in supporting thereof, states the following:

**I. BACKGROUND**

1.     Plaintiff Corey Denard Pitre ("Plaintiff") proceeding *pro se* commenced the State Court Action against EWS by filing a Complaint in the Justice of the Peace Court Precinct 5, Place 1, Harris County, Texas on February 1, 2021 (the "Complaint").  Pursuant to 28 U.S.C. 1446(a) and Local Rule 81, a copy of all executed process, pleadings, the docket sheet, index of matters being filed, and a list of all counsel of record is attached as **Exhibit A**.  There are no pending motions in the State Court Action.

114222546v1
58016424.v1

2.      On February 16, 2021, EWS's registered agent was served via certified mail with a copy of the Complaint.

3.      This Notice of Removal is being filed within thirty days of service of the Complaint on Defendant.  This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4.      The above-captioned action is a suit alleging the violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

5.      As EWS is the only named defendant in this case, EWS does not need the consent of any other party to remove this action.

## II. FEDERAL QUESTION JURISDICTION

5.      This Court has original jurisdiction over Plaintiff's FCRA claim pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6.      Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.      In the Complaint, Plaintiff alleges "EARLY WARNING SERVICES was negligent by reporting false and/or fraudulent accounts on my consumer credit report with them.  Under the terms of the Fair Credit Act [sic] all consumer reporting bureaus are required to report accurate and truthful information.  Early Warning, even after several attempts at dispute, continues to report these fraud accounts damaging my ability to open a bank account, and other damages concerning my good name and character."  (Compl., p. 2.)

114222546v1
58016424.v1

8.      Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law.  This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FCRA.

9.      Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

10.      Venue is proper in this Court because this district and division encompass the Justice Court, Harris County, Texas, the forum from which the case has been removed.  *See* 28 U.S.C. § 1441.

### IV. NOTICE

11.      On the same day it files this Notice of Removal, EWS will file a copy of this Notice in the State Court Action and will notify Plaintiff of the action's removal to this Court.

### V. NO WAIVER OF DEFENSES OR OBJECTIONS

12.      By removing this case to federal court, RPS does not consent to personal jurisdiction, does not concede that this Court is a convenient forum, and does not waive any of its defenses or objections under Federal Rule of Civil Procedure 12(b) or otherwise, including its right to have this dispute arbitrated or decided by other means of alternative dispute resolution.

WHEREFORE, EWS hereby removes this action to this Court.

114222546v1
58016424.v1

Respectfully submitted,

*/s/ Jose M. Luzarraga*
JOSE M. LUZARRAGA
State Bar No. 791149
SD of TX ID: 32397
jose.luzarraga@butlersnow.com
**BUTLER SNOW LLP**
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Telephone: (469) 680-5500
Fax: (469) 680-5501

**COUNSEL FOR DEFENDANT
EARLY WARNING SERVICES, LLC**

## CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2021, a true and correct copy of the above and foregoing was electronically filed using the CM/ECF and a true and correct copy of the above and foregoing was served via email and U.S. Mail on the Plaintiff:

Corey Denard Pitre
2 Mockingbird Circle Apt. #E2
Houston, Texas 77074
Telephone: (404) 931-3741
Email: Coreydpitre@icloud.com

*s/* José M. Luzarraga
José M. Luzarraga

114222546v1
58016424.v1